# SCHEDULE A

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

# SCHEDULE B

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said land is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

SCHEDULE "C"
LEGAL DESCRIPTION

Cameron County, Texas

Tract: RGV-HRL-6022      Owner: C.T.O. Enterprises, Inc.   Acres: 1.01

BEING a certain tract of land containing 1.01 acres, more or less, of 25.48 acres, more or less, out of Tract "U", San Pedro de Carricitos Grant, Cameron County, Texas, being more particularly described as follows:

BEING a strip of land, approximately 55 feet in width and approximately 800 feet in length, running adjacent to and parallel with the existing levee, which traverses the land of the subject owner, and contains 1.01 acres, more or less, as shown on the attached map.

IT IS THE INTENT of the foregoing description to include a part of the same land as that in a Deed from Joe Charles Ballenger to C.T.O. Enterprises, Inc., filed for record dated April 29, 2004, in Volume 10140, Page 177, in the records of Cameron County, Texas.

NOTE:  This tract is further identified as the Cameron County Appraisal District, Property ID No. 193601.

Tract:  RGV- HRL-6022

# SCHEDULE D

SCHEDULE "D"



LAND TO BE CONDEMNED

Tract: RGV-HRL-6022
Owner: C.T.O. Enterprises, Inc., et al.
Acreage: 1.01
Cameron County, TX
Deed Reference:  Volume 10140, Page 177, Deed Records of Cameron County, Texas

# SCHEDULE E

SCHEDULE "E"
ESTATE TAKEN

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto; reserving the following rights and interests in the property being acquired by the United States as described herein: a perpetual right-of-way on both sides of the Federal border barrier for the purpose of gaining access to condemnee`s land on the other side of the border barrier; and, the United States grants to the condemnee a perpetual right-of-way across other lands of the United States along and on both sides of the border barrier to reach and utilize the nearest border barrier gate for the purpose of crossing over the levee and accessing condemnee`s lands on the other side.  This reservation and grant does not create any new rights to traverse any part of the levee, and does not change the nature of any such rights, if any, which may now exist.  The purpose of this provision is to clarify that the United States is not prohibiting access to condemnee`s remaining lands between the border barrier and the Rio Grande River, but is providing a permanent right-of-way to condemnee and all landowners similarly situated to access the nearest border barrier gate which allows entry to the other side of the border barrier from which unacquired land can be accessed.

# SCHEDULE F

SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWELVE THOUSAND SIX HUNDRED DOLLARS AND NO/100 ($12,600.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

```
                         SCHEDULE "G"
              NAMES AND ADDRESSES OF INTERESTED PARTIES:
```

Patrick D. Owens, Registered Agent for
C.T.O. Enterprises, Inc.
1905 N. Illinois Ave.
Brownsville, TX 78521

Mr. Tony Yzaguirre, Jr.
Cameron County Tax Assessor-Collector
P.O. Box 952
Brownsville, TX  78522-0952