IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CASE NO. | 1:08-CV-190 |
| § | | |
| 1.01 ACRES OF LAND, MORE OR LESS, § | | |
| SITUATE IN CAMERON COUNTY, § | | |
| STATE OF TEXAS; AND C.T.O. § | | |
| ENTERPRISES, INC., ET AL., § | | |
| *Defendants.* § | | |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.3, Plaintiff, the United States of America, hereby notifies the Court that it has reached settlement terms regarding the amount of just compensation to be paid for its taking of Tract RGV-HRL-6022 with Defendant C.T.O. Enterprises, Inc.

Plaintiff has requested additional settlement funds for deposit with the Registry of the Court and the parties anticipate filing a "Joint Motion for Order Establishing Just Compensation, Distributing Funds on Deposit in the Registry of the Court, and Closing Case" within the next 30 days.

        Respectfully submitted,

        **JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By:   *s/Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney
Southern District of Texas No. 3135118
Florida Bar No. 0105888
1701 W. Bus. Hwy. 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Megan.Eyes@usdoj.gov
Attorney in Charge for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on April 23, 2021, a copy of the foregoing was electronically filed in the CM/ECF system, which will automatically serve a Notice of Electronic Filing on counsel of record.

By:   *s/Megan Eyes*
**MEGAN EYES**
Assistant United States Attorney